ALBERT J. PICKEN, Respondent, *v.* ERSKINE D. SMITH, Appellant, Impleaded with Others.

*Picken* v. *Smith*, 50 App. Div. 622, affirmed.
(Argued November 27, 1901; decided December 17, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 31, 1900, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial.

*Morris Cohn, Jr.,* for appellant.

*Frank Brundage* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.

---

JOHN FISHER et al., as Trustees of School District No. 1 of the Town of Eastchester, Appellants, *v.* JOHN MONAHAN et al., as Trustees of School District No. 3 of the Town of Eastchester, Respondents.

*Fisher* v. *Monahan*, 51 App. Div. 612, affirmed.
(Submitted November 27, 1901; decided December 17, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered upon an order made April 14, 1900, which affirmed an order of Special Term sustaining demurrers to the complaint.

*William J. Marshall* for appellants.

*Milo J. White, William A. Woodworth* and *Frederick W. Clark* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.